**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SHAQUON JOHNSON,

     **Plaintiff,**

v.                                                                    **Case No. 3:25-cv-468-AW-HTC**

J. ENGLE, et al.,

     **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

At issue is Defendants' motion to dismiss. The magistrate judge issued a report and recommendation that concludes the court should grant the motion in part. ECF No. 46. Neither side objected to the report and recommendation. Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The motion to dismiss (ECF No. 38) is GRANTED in part. Claims for damages arising out of events that occurred prior to March 31, 2021 (if there are any such claims) are DISMISSED based on the statute of limitations. The motion is DENIED in all other respects.

Defendants must answer the operative complaint within 14 days. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on June 3, 2026.

                           s/ *Allen Winsor*_____
                           Chief United States District Judge